UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARK A. WARD,                          :
                                       :
       Petitioner,             :
                                       :
v.                                     :    Civil Action No.  05-1955 (JR)
                                       :
SECRETARY OF LABOR,                    :
                                       :
       Respondent.             :

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the petition for writ of mandamus [Dkt. #1] is **DENIED**, and it is

**FURTHER ORDERED** that this civil action is **DISMISSED** with prejudice as frivolous. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.


JAMES ROBERTSON
United States District Judge